# Exhibit 2

## DECLARATION OF TASHA NELSON

COMES NOW, Tasha Nelson and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. My name is Tasha Nelson, and I am over 18 years old. I have personal knowledge of the facts as stated herein.

2. I am the parent of J.N., who is ten years old and is in fourth grade at Jennie Dean Elementary School, which is part of Manassas City Public Schools. J.N. has been diagnosed with cystic fibrosis, pancreatic insufficiency, allergies, distal intestinal obstructive syndrome, ADHD combined type, convergence insufficiency, and vision impairment. *See* Exhibit A (Letter from Doctor Peter J. Mogayzel, Jr., MD, PhD, MBA). These conditions substantially limit his major life activities, such as breathing and digestion.

3. These conditions put him at higher risk for severe complications if he were to become infected with COVID-19. Illness resulting from COVID-19 could mean that J.N. would need a lung transplant, or could experience permanent damage of lung tissue, permanent damage of lung function, or death.

4. J.N. is vaccinated and is not yet eligible for a booster because of his age.

5. Last year, J.N. attended school virtually. Because of his diagnoses, J.N. struggled with focusing on tasks, organization, and navigating assignments. J.N was unable to get the physical redirection he needs to succeed. Furthermore, J.N. experienced vision fatigue because of excessive use of computers affecting his convergence insufficiency. When attending school on a hybrid model, J.N.'s ADHD diagnosis made the changing of routines especially stressful and overwhelming.

6. J.N's doctors recommend that the family follows CDC guidelines and practice universal masking at school to minimize J.N.'s exposure to COVID-19. *See* Exhibit B (Letter from Doctor Peter J. Mogayzel, Jr., MD, PhD, MBA).

7. There is no full-time virtual option currently available for the 2021-2022 school year in Manassas City Public Schools.

8. The Manassas City Public Schools will continue universal masking despite Executive Order 2.

9. Since the start of school, the school has maintained social distancing procedures with a socially distanced table for J.N. for lunch, wearing face shield, one student in the restroom at a time, and one class at a time in the hallways.

10. On the advice of our pediatrician, if there is no longer a mask mandate at Jennie Dean Elementary School, we will be forced to withdraw J.N. from school for his health and safety, especially during periods of high transmission.

11. My spouse and I will be forced to choose between our child's education and his health.

12. I am seeking to have Executive Order 2 blocked so that my school will be able to require universal masking as necessary to meet its obligations to my child.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 8 day of February, 2022 at Manassas, Virginia.

_____
Tasha Nelson, Plaintiff

# Exhibit A

January 28, 2022

To Whom It May Concern:

Cystic fibrosis is a disease that leads to excess mucus production in the lungs resulting in chronic infections and lung damage. Children with cystic fibrosis are susceptible to viral infections which can lead to significant illness and lung damage. Therefore, it is important that people cystic fibrosis are protected against infections with COVID-19. At times of high community spread of COVID I strongly recommend that children with cystic fibrosis wear a mask at all times when indoors and when around others outdoors. Additionally, at times of significant community spread of COVID, both children and adults who are in contact with a child with cystic fibrosis in a school setting should also wear a mask. This approach will minimize the possibility of infection with COVID.

These recommendations are consistent with those of the CDC, which can be found at:
https://www.cdc.gov/coronavirus/2019-ncov/community/schools-childcare/k-12-guidance.html

Please feel to contact me with any questions or concerns.

Sincerely,

*Peter J. Mogayzel Jr.*

Peter J. Mogayzel, Jr. MD, PhD, MBA
Menowitz / Rosenstein Professor of Pediatric Respiratory Sciences
Director, Eudowood Division of Pediatric Respiratory Sciences
Director, Cystic Fibrosis Center

*This letter was initially viewed by Tasha Nelson at 1/28/2022 1:03 PM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2022