# Exhibit 6

### DECLARATION OF DENILLE FRANCIS

COMES NOW, Denille Francis and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. My name is Denille Francis, and I am over 18 years old. I have personal knowledge of the facts as stated herein.

2. I am the parent of Q.O, who is thirteen years old and is in sixth grade at Tabb Middle School, which is part of York County School Division. Q.O. has been diagnosed with Down Syndrome, Celiac disease (an autoimmune disease), and liver disease. These conditions substantially limit his major life activities, including caring for himself, eating, and the functions of the digestive system.

3. These conditions put Q.O. at higher risk for severe complications if he were to become infected with COVID-19. As a result of Q.O's disabilities he is dependent on others for his much of his care.  Q.O. often cannot determine if he is a safe social distance from other people, or if others are wearing masks properly.

4. Q.O is vaccinated and has a booster.

5. My child's doctors recommend universal masking for in-person learning and to follow the CDC guidelines.

6.  Last year, Q.O. attended school virtually. My child struggled to make progress in virtual education, get the academic help he needed, and suffered in terms of his emotional and mental health. In-person instruction provides the best mode of instruction for my child's needs. Because his parents were both working full time, we were limited in the help we

could give him. In addition, it was difficult for Q.O. to make the transition between virtual and in person instruction. As a result, his educational progress suffered.

7. The York County School Division is not offering a remote learning option for the 2021-2022 school year. In addition, remote learning options do not provide the necessary supports, services, and accommodations for my disabled child, including direct instruction and socialization with peers.

8. On January 21, 2022, York County School Division announced that, for the time being, students, staff, and visitors would still be required to wear masks inside buildings and on school buses. The notice stated that York County School Division will adjust its COVID-19 mitigation strategies in consultation with state and local officials.

9. On the advice of Q.O's pediatrician, if there is no longer a mask mandate at Tabb Middle School, I will be forced to withdraw Q.O. from school for his health and safety. My spouse and I will be forced to choose between our children's education and his health.

10. I am seeking to have Executive Order 2 blocked so that my school will be able to require universal masking as necessary to meet its obligations to my disabled child.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 8 day of February, 2022 at Yorktown, Virginia.

_Denille M_____

Denille Francis, Plaintiff