**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| CHRISTOPHER SEAMAN and ELIZABETH ALLISON LYONS, individually and on behalf of C.S., a minor; *et al.* | |
| Plaintiffs, | |
| v. | |
| The COMMONWEALTH OF VIRGINIA; *et al.* | Case No. 3:22-cv-00006-NKM |
| Defendants. | |

# EXHIBIT 10 FILED UNDER SEAL

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| CHRISTOPHER SEAMAN and ELIZABETH ALLISON LYONS, individually and on behalf of C.S., a minor; *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> The COMMONWEALTH OF VIRGINIA; *et al.* <br><br> Defendants. | Case No. 3:22-cv-00006-NKM |

# EXHIBIT A FILED UNDER SEAL

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| CHRISTOPHER SEAMAN and ELIZABETH ALLISON LYONS, individually and on behalf of C.S., a minor; *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> The COMMONWEALTH OF VIRGINIA; *et al.* <br><br> Defendants. | Case No. 3:22-cv-00006-NKM |

# EXHIBIT B FILED UNDER SEAL