IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER SEAMAN and ELIZABETH ALLISON LYONS, individually and on behalf of C.S., a minor; *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>The COMMONWEALTH OF VIRGINIA; *et al.*<br><br>Defendants. | Case No. 3:22-cv-00006-NKM |

# EXHIBIT 11 FILED UNDER SEAL