# EXHIBIT 14



# COMMONWEALTH of VIRGINIA

Office of the Attorney General

Jason S. Miyares
Attorney General

February 9, 2022

202 North Ninth Street
Richmond, Virginia 23219
804-786-2071
Fax 804-786-1991
Virginia Relay Services
800-828-1120
7-1-1

**SENT VIA ELECTRONIC MAIL**
Eden B. Heilman
ACLU Virginia
701 E. Franklin Street, Suite 1412
Richmond, Virginia 23219
eheilman@acluva.org

RE: Seaman, et al. v. Commonwealth of Virginia, et al., Case No 3:22cv00006-NKM (W.D. Va.)

Ms. Heilman:

    This office has reviewed your letter from late yesterday demanding that the Defendants in the above-captioned action accede to your clients' position. We must reject your demand.

    We insist that all schools in Virginia comply with the federal laws that protect individuals with disabilities. But the Commonwealth will not concede its legal position in response to your complaint and your threat to "seek immediate injunctive relief" if your demands are not met within 24 hours. The Office of the Attorney General believes that Executive Order 2 was a lawful exercise of the Governor's emergency authority, and that it complied with federal law. We will defend it accordingly. We understand that you disagree with this conclusion, and we will resolve that dispute in federal court.

    Thank you for your time regarding this matter.

Respectfully,

Charles H. Slemp, III
Chief Deputy Attorney General