IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER SEAMAN and ELIZABETH ALLISON LYONS, individually and on behalf of C.S., a minor; *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>The COMMONWEALTH OF VIRGINIA; *et al.*<br><br>Defendants. | Case No. 3:22-cv-00006-NKM |

## EXHIBIT LIST

| | |
|---|---|
| Exhibit 1 | Declaration of Christopher Seaman and Elizabeth Allison Lyons |
| Exhibit 2 | Declaration of Tasha Nelson |
| Exhibit 3 | Declaration of Elizabeth Burnett |
| Exhibit 4 | Declaration of Lindsey Dougherty |
| Exhibit 5 | Declaration of Meghan DuFrain |
| Exhibit 6 | Declaration of Denille Francis |
| Exhibit 7 | Declaration of Brian Mulligan |
| Exhibit 8 | Declaration of Kimberly Crawley |
| Exhibit 9 | Declaration of L.W. |
| Exhibit 10 | Declaration of R.M. |
| Exhibit 11 | Declaration of K.R. |
| Exhibit 12 | Declaration of Frederic Garner, M.D. |
| Exhibit 13 | Declaration of Marie Bauer |
| Exhibit 14 | Letter from Chief Deputy Attorney General Charles Slemp III |