# Exhibit 16-A

### FW: Updated HCPS Student Mask Practices

Liz Burnett <REDACTED>
Fri 2/18/2022 12:50 PM
To: Kaitlin Banner <REDACTED>

**EXTERNAL Email**

> **From:** elizabethhburnett <REDACTED>
> **Sent:** Wednesday, February 16, 2022 4:59 PM
> **To:** Sarah Burnett <REDACTED>
> **Subject:** Fwd: Updated HCPS Student Mask Practices
>
> Liz Burnett
>
> Begin forwarded message:
>
>> **From:** Eileen Cox <REDACTED>
>> **Date:** February 16, 2022 at 4:31:35 PM EST
>> **To:** <REDACTED>
>> **Subject: Updated HCPS Student Mask Practices**
>> **Reply-To:** Eileen Cox <REDACTED>
>>
>> HCPS Families and Staff:
>>
>> Today, Governor Youngkin signed legislation requiring school divisions to allow parent choice for student mask use in schools.
>>
>> In compliance with the new state law, **HCPS will adjust student mask practices beginning Thursday, February 17.** We strongly recommend universal mask use indoors by students during times of high community transmission; however, we understand that some parents/guardians will opt their children out. As a reminder, **federal law requires the continued use of face coverings on school buses,** and employees must continue to wear masks at school as required by the Department of Labor and Industry. Further, HCPS requires adult visitors and guests to wear face masks indoors.
>>
>> Our goal is to maintain safe and respectful classrooms where all students are engaged in their learning without discord over family mask choices. To support this, we ask you to take a few minutes to speak with your children about the fact that some students in their class may be wearing a mask while others are not. Let them know that school counselors and administrators are available to help students who may experience anxiety or stress due to the change.
>>
>> All families should continue daily health checks using the COVID-19 Health Screening for Students. Anyone who is ill should stay home until they are feeling better. If your child has COVID or was recently exposed to coronavirus, please report this information to your child's school as soon as possible. Students returning from isolation, quarantine, or participating in

Test to Stay need to wear a mask through Day 10, or parents may choose to keep them home until Day 11.

We appreciate your partnership as HCPS navigates the ever changing landscape of in person learning during the pandemic.

Sincerely,

Henrico County Public Schools

---

Henrico County Public Schools uses SchoolMessenger to connect with families, students, and staff through e-mail, voice, and text messages. If you received this e-mail in error, or if you wish to be removed from these e-mail communications, you may unsubscribe by clicking: [Here](). If you unsubscribe then you will no longer receive e-mails from the School Messenger service, which means you might miss other important messages about your school(s).

For questions about these messages, first try contacting your school directly. After that, try the Henrico County Public Schools Central Office at (804) 652-3726 during normal business hours.

SchoolMessenger is a notification service used by the nation's leading school systems to connect with parents, students and staff through voice, SMS text, email, and social media.