# Exhibit B

---------- Forwarded message ---------
From: **Loudoun County Public Schools** <BlackboardMN@lcps.org>
Date: Wed, Feb 16, 2022 at 9:33 PM
Subject: Masks Optional for LCPS Students Starting Tomorrow, February 17
To: Loudoun County Public Schools Recipients <recipients@loudoun.parentlink.net>



Dear School Community, Students, and Staff,

A ruling from the Loudoun County Circuit Court late today makes masks optional for Loudoun County Public Schools immediately. Starting tomorrow, Thursday, February 17, students may continue to wear masks if they choose to, but masks will not be required. The decision of whether to wear a mask or not is deeply personal for many families, we ask that you respect the decision of others. No one should be made to feel uncomfortable about their choice.

Any students who have faced disciplinary consequences for defying directives to comply with mitigation measures will have that consequence removed from their records in accordance with the Court's order.

As always, if your student is feeling sick or has a fever, please keep them at home and let the school office know they will be absent.

On a personal note, I want to thank our students, families, and employees for their patience during this time. The safety of our students and staff has always been our top priority. I completely understand the frustration many of you have felt over the past few weeks and months related to school COVID-19 mitigation strategies, particularly masking. I also understand that this is a rapid change. If you have any specific questions or concerns, I ask that you reach out to your child's principal for more specific guidance.

Sincerely,

Scott A. Ziegler, Ed.D.
Superintendent

You are receiving this email because of your relationship with Loudoun County Public Schools. If you wish to stop receiving email updates sent through the Blackboard service, please unsubscribe.

Loudoun County Public Schools | Administration Building 21000 Education Court, Ashburn, VA 20148 | 703-996-2199