# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER SEAMAN and ELIZABETH ALLISON LYONS, individually and on behalf of C.S., a minor; *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>The COMMONWEALTH OF VIRGINIA; *et al.*<br><br>Defendants. | Case No. 3:22-cv-00006-NKM |

## ORDER

Before the Court is Plaintiffs' Motion to File Pseudonymously. Dkt. 3. Having fully considered Plaintiff's Motion, and further noting that on the status conference on February 22, 2022, Defendants stated that they have no objection to the Motion, the Court hereby **GRANTS** Plaintiffs' Motion to allow minor Plaintiffs to file their Complaint using their initials and allow parent Plaintiffs L.W., K.R., S.K., and R.M. to file their Complaint using their initials.

**IT IS SO ORDERED.**

The Clerk of Court is directed to send this Order to all counsel of record.

Entered this 23rd day of February, 2022.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE