# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER SEAMAN, *et al.*, | Case No.: 3:22-cv-00006 |
| *Plaintiffs*, | |
| v. | ORDER |
| COMMONWEALTH OF VIRGINIA., *et al.*, | Judge Norman K. Moon |
| *Defendants*. | |

Following the status conference held on February 22, 2022, the parties met and conferred regarding a proposed briefing schedule on Plaintiffs' motion for a temporary restraining order. Dkt. 4. Also, proceeding with the schedule agreed between the parties and as Plaintiffs informed the Court, Plaintiffs have now filed a supplementary motion for a temporary restraining order. Dkt. 29. Upon notice that the parties agreed on the further briefing schedule and finding it just and appropriate to do so, the Court **DIRECTS** the parties to comply with the following deadlines:

Defendants shall respond Plaintiffs' motions by **February 28, 2022**.

Plaintiffs shall file their reply to Defendants' response by **March 3, 2022**.

The Court shall hold a hearing on the motions on **March 7, 2022**.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to all counsel of record.

Entered this 24th day of February, 2022.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE