IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Christopher Seaman, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>The Commonwealth of Virginia, et al.,<br><br>    Defendants. | Case No. 3:22-cv-00006-NKM |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Plaintiffs in the above captioned case.

                                            Respectfully submitted,

Date: February 24, 2022

                                         */s/ Jessica P. Weber*
                                        Jessica P. Weber
                                        (admitted *pro hac vice*)
                                        Brown Goldstein & Levy, LLP
                                        120 East Baltimore St., Ste. 2500
                                        Baltimore, Maryland 21202
                                        T: (410) 962-1030/F: (410) 385-0869
                                        JWeber@browngold.com

## CERTIFICATE OF SERVICE

      I certify that on February 24, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties of record.

                                        */s/ Jessica P. Weber*
Jessica P. Weber
(admitted *pro hac vice*)
Brown Goldstein Levy LLP
120 E. Baltimore Street, Suite 2500
Baltimore, MD 21202
Tel: (410) 962-1030
Fax: (410) 385-0869
JWeber@browngold.com