IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER SEAMAN and ELIZABETH ALLISON LYONS, individually and on behalf of C.S., a minor, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE COMMONWEALTH OF VIRGINIA, et al., <br><br> *Defendants*. | No. 3:22-cv-6-NKM |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST TO WITHDRAW THEIR MOTION FOR PSEUDONYMITY AS TO J.N. AND I.C. (ECF No. 42)

Defendants do not object to Plaintiffs' request, particularly in light of the fact that Plaintiffs J.N. and I.C., and their parents, were interviewed and submitted photos for a lengthy article in Time Magazine. *See* Nik Popli, *As Schools Drop Mask Mandates, Parents of Kids With Disabilities Prepare to Fight*, Time Magazine (Feb. 10, 2022), https://tinyurl.com/2t2yeymf. Plaintiff's counsel also submitted for an interview in the same article. Time Magazine published that article nine days after Plaintiffs filed their motion to file pseudonymously.

February 28, 2022                                   Respectfully submitted,

                                          By:   */s/ Andrew N. Ferguson*
                                                      ANDREW N. FERGUSON (Va. Bar #86583)
                                                      *Solicitor General*

| | |
|---|---|
| JASON S. MIYARES<br>  *Attorney General* | ANDREW N. FERGUSON (Va. Bar #86583)<br>  *Solicitor General* |
| CHARLES H. SLEMP III (Va. Bar #79742)<br>  *Chief Deputy Attorney General* | ERIKA L. MALEY* (Va. Bar #97533)<br>  *Principal Deputy Solicitor General* |
| STEVEN G. POPPS (Va. Bar #80817)<br>COKE MORGAN STEWART (Va. Bar #41933)<br>  *Deputy Attorneys General* | LUCAS W.E. CROSLOW (Va. Bar #97517)<br>  *Deputy Solicitor General* |
| Office of the Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219<br>(804) 786-7704—Telephone<br>(804) 371-0200—Facsimile | GRAHAM K. BRYANT (Va. Bar #90592)<br>ANNIE CHIANG (Va. Bar #94703)<br>M. JORDAN MINOT* (Va. Bar # 95321)<br>  *Assistant Solicitors General*<br><br>* *application for admission pending* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2022, I electronically filed the foregoing response with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all CM/ECF participants.

                                        */s/ Andrew N. Ferguson*
                                        ANDREW N. FERGUSON (#86583)
                                         *Solicitor General*