

# COMMONWEALTH of VIRGINIA
## Office of the Attorney General

**Jason S. Miyares**
Attorney General

202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071
Fax (804) 786-1991
Virginia Relay Services
800-828-1120
7-1-1

March 4, 2022

Hon. Norman K. Moon
United States District Judge
1101 Court Street, Suite A66
Lynchburg, VA 24504

Re: Christopher Seaman et al. v. Commonwealth of Virginia et al., No. 3:22-cv-6 (NKM)

Dear Judge Moon:

On February 28, 2022 I filed the Affidavit of Dr. Colin Greene in Support of Defendants' Motion to Dismiss and in Opposition to Plaintiffs' Motion for Temporary Restraining Order (ECF No. 44). Due to an administrative error, five of the 54 exhibits to Dr. Greene's Affidavit were inadvertently omitted from the filing. Those exhibits, Nos. 49 through 54, are attached to this letter.

I apologize for any inconvenience this has caused.

Respectfully submitted,

/s/ Andrew N. Ferguson
Andrew N. Ferguson (#86583)
*Solicitor General*

Attachments

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2022, I electronically filed the foregoing letter with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all CM/ECF participants.

/s/ Andrew N. Ferguson
ANDREW N. FERGUSON (#86583)
*Solicitor General*