**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| CHRISTOPHER SEAMAN and ELIZABETH ALLISON LYONS, individually and on behalf of C.S., a minor, et al., <br>      *Plaintiffs,* <br><br> v. <br><br> THE COMMONWEALTH OF VIRGINIA, et al., <br><br>      *Defendants.* | No. 3:22-cv-6-NKM |

**FAIRFAX COUNTY PARENTS ASSOCIATION MOTION FOR LEAVE TO FILE AMICUS BRIEF IN OPPOSITION OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**CORPORATE DISCLOSURE STATEMENT**

The amicus curiae, Fairfax County Parents Association (FCPA), is a non-profit corporation organized under the laws of the Commonwealth of Virginia. FCPA operates under §501(c)(4) of the Internal Revenue Code. It has no parent corporation and, as it has no stock, no publicly held company owns 10% or more of its stock.

**MOTION FOR LEAVE TO FILE AMICUS BRIEF**

FCPA seeks leave of the Court to file an amicus brief in opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. FCPA is a 501(c)(4) nonprofit corporation in Virginia that represents parents of public-school children in Fairfax County, Virginia who support the right of families to make decisions regarding whether their children should wear masks in school. This brief will assist this Court by providing additional information

regarding the rights of parents protected by the United States and Commonwealth of Virginia Constitutions.

March 4, 2022                      Respectfully submitted,

By:    /s/ Shawnna M. Yashar_____

Shawnna M. Yashar
Virginia Bar Number: 75597

*On behalf of*
Fairfax County Parents Association
4445 Corporation Ln
Ste 264
Virginia Beach, VA, 23462
info@fairfaxparents.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March 2022, I electronically filed the foregoing Motion for Leave with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all CM/ECF participants.

By: /s/ Shawnna M. Yashar_____

Shawnna M. Yashar