IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Charlottesville Division)

CHRISTOPHER SEAMAN, *et al.*,

    Plaintiffs,

v.                                                                            Civil Action No. 3:22-cv-6

THE COMMONWEALTH OF VIRGINIA, *et al.*,

    Defendants.

**ORDER GRANTING FAIRFAX COUNTY SCHOOL BOARD'S MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS**

THIS MATTER CAME before the Court upon Fairfax County School Board's ("FCSB's") Motion for Leave to File Brief *Amicus Curiae* in Support of Plaintiffs.

Upon consideration of this Motion, and the Brief of Fairfax County School Board as *Amicus Curiae* in Support of Plaintiffs, for good cause shown, it appears to the Court that FCSB's Motion should be GRANTED.

ACCORDINGLY, it is hereby ORDERED that the Court shall receive into the record Fairfax County School Board's Brief *Amicus Curiae* in Support of Plaintiffs.

ENTERED this _____ day March 2022.

_____

Charlottesville, Virginia                                             United States District Judge Norman. K. Moon