**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

**Christopher Seaman, et al**

**vs.**

**The Commonwealth of Virginia et al**

Action No:   3:22CV00006

Date:   3/7/2022

Judge:   Norman K. Moon

Court Reporter:   Lisa Blair

Deputy Clerk:   Heidi N. Wheeler

<u>Plaintiff Attorney(s)</u>

Eve Hill
Kerry Chilton
Matthew Callahan
Kaitlin Banner

<u>Defendant Attorney(s)</u>

Andrew Ferguson
Lucas Croslow
Steven Popps
Annie Chiang

**LIST OF WITNESSES**

<u>PLAINTIFF/GOVERNMENT:</u>

1.

<u>DEFENDANT:</u>

PROCEEDINGS:
Video Motion Hearing on Motions [29] and [4] 3:00-3:45=45 min

Parties present for hearing on Motions.

Ms. Hill presents motions.
Remarks by court/questions by Court.

Mr. Ferguson responds.
Remarks by court/questions by Court.

Ms. Hill closes.
Remarks by court/questions by Court.

Order will issue.