AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| CHRISTOPHER SEAMAN, et al. <br> *Plaintiff* <br> v. <br> COMMONWEALTH OF VIRGINIA, et al. <br> *Defendant* | ) <br> ) <br> ) Case No.  3:22-cv-00006 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jillian Balow, Colin Greene, Jason Miyares, The Commonwealth of Virginia, and Glenn Youngkin .

Date:  03/15/2022

/s/
*Attorney's signature*

Erika L. Maley, Bar No. 97533
*Printed name and bar number*

Office of the Attorney General of Virginia
202 N. 9th Street
Richmond VA  23219

*Address*

solicitorgeneral@oag.state.va.us
*E-mail address*

(703) 635-3750
*Telephone number*

(804) 786-1991
*FAX number*

## **CERTIFICATE OF SERVICE**

I certify that on March 15, 2022, I electronically filed the foregoing Appearance of Counsel with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

By: _____/s/_____
Erika L. Maley
Principal Deputy Solicitor General
Virginia State Bar No. 97533
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(703) 635-3750 (telephone)
(804) 786-1991 (facsimile)
solicitorgeneral@oag.state.va.us
emaley@oag.state.va.us