# COMMONWEALTH of VIRGINIA
## Office of the Attorney General

**Jason S. Miyares**
Attorney General

202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071
Fax (804) 786-1991
Virginia Relay Services
800-828-1120
7-1-1

March 18, 2022

Hon. Norman K. Moon
United States District Judge
1101 Court Street, Suite A66
Lynchburg, VA 24504

Re: Christopher Seaman et al. v. Commonwealth of Virginia et al., No. 3:22-cv-6

Dear Judge Moon:

Pursuant to Local Civil Rule 11(b), counsel for all parties have conferred and agree to submission of Defendants' Motion to Dismiss (ECF No. 43) without a hearing.

Sincerely,

/s/ Andrew N. Ferguson
Andrew N. Ferguson
Solicitor General of Virginia

## CERTIFICATE OF SERVICE

I certify that on March 18, 2022, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ Andrew N. Ferguson
Andrew N. Ferguson