IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| Christopher Seaman, et al., | ) | |
|     Plaintiffs, | ) | Civil Action No. 3:22-cv-00006 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| The Commonwealth of Virginia, et al., | ) | By:    Joel C. Hoppe |
|     Defendants. | ) | United States Magistrate Judge |

This matter is before the Court on the Joint Report of the Parties' Rule 26(f) Conference ("Joint Report"). ECF No. 87. The Court hereby ADOPTS the proposed deadline modifications in the parties' Joint Report and MODIFIES the Pretrial Order, ECF No. 75, as follows:

| | |
|---|---|
| Fed. R. Civ. P. 26(a)(1) Initial Disclosures | June 10, 2022 |
| Plaintiffs' Initial Expert Disclosures | October 11, 2022 |
| Defendants' Initial Expert Disclosures | November 10, 2022 |
| Plaintiffs' Rebuttal Expert Disclosure | December 1, 2022 |
| Close of Discovery | December 22, 2022 |
| Dispositive Motions and Motions to Exclude Experts | January 20, 2023 |
| Responses to Dispositive and Experts Motions | February 3, 2023 |
| Replies to Dispositive and Experts Motions | February 10, 2023 |
| Hearing on Dispositive and Experts Motions (to be set by Clerk) | February 21, 2023 |
| Exchange Witness Lists | 21 days before trial |
| Motions in Limine | 14 days before trial |
| Opposition Briefs to Motions in Limine | 7 days before trial |
| Proposed Findings of Fact and Conclusions of Law | 7 days before trial |
| Joint Pretrial Order | 7 days before trial |

1

Bench Trial                                                                                                April 17–May 2, 2023

All other terms and deadlines in the Pretrial Order remain unchanged and in effect.

It is so ORDERED.

                        ENTER: May 25, 2022

                        *Joel C. Hoppe* (signature)

                        Joel C. Hoppe
                        United States Magistrate Judge