# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER SEAMAN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COMMONWEALTH OF VIRGINIA, *et al.*, <br><br> *Defendants*. | CASE NO. 3:22-cv-00006 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

The Court determines, pursuant to 28 U.S.C. § 636(b)(3) and Fed. R. Civ. P. 16(a)(5), this matter will be and hereby is **REFERRED** for mediation before United States Magistrate Judge Joel Hoppe, and for any proceedings related thereto that Judge Hoppe deems appropriate. The parties are directed to contact Judge Hoppe's Courtroom Deputy, Karen Dotson, at 540-434-3181 ext. 2, forthwith to schedule any mediation or proceedings Judge Hoppe deems appropriate, if the parties have not already done so.

It is so **ORDERED**.

The Clerk of Court is directed to send a certified copy of this Order to all parties.

Entered this 18th day of July, 2022.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE