FILED: August 24, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1455
(3:22-cv-00006-NKM-JCH)

_____

CHRISTOPHER SEAMAN, individually and on behalf of C.S., a minor; ELIZABETH ALLISON LYONS, individually and on behalf of C.S., a minor; TASHA NELSON, individually and on behalf of J.N., a minor; ELIZABETH BURNETT, individually and on behalf of B.B., a minor; LINDSEY DOUGHERTY, individually and on behalf of G.D., a minor; MEGHAN DUFRAIN, individually and on behalf of J.D., a minor; ROCH DUFRAIN, individually and on behalf of J.D., a minor; DENILLE FRANCIS, individually and on behalf of Q.O., a minor; BRIAN MULLIGAN, individually and on behalf of R.M., a minor; LORI DOOLEY, individually and on behalf of R.M., a minor; KIMBERLY CRAWLEY, individually and on behalf of I.C., a minor; L.W., individually and on behalf of C.B., a minor; K.R., individually and on behalf of L.R., a minor; S.K., individually and on behalf of M.K., a minor; R.M., individually and on behalf of J.M., a minor

          Plaintiffs - Appellees

v.

COMMONWEALTH OF VIRGINIA; GLENN YOUNGKIN, in his official capacity as the Governor of the Commonwealth of Virginia; JASON S. MIYARES, in his official capacity as the Attorney General of the Commonwealth of Virginia; JILLIAN BALOW, in her official capacity as the Virginia Superintendent of Public Instruction; COLIN GREENE, in his official capacity as Acting Virginia Health Commissioner

          Defendants - Appellants

_____

ORDER

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk